UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE C. LOVE<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No.  C06-5670RBL<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including May 25, 2007, to file Defendant's responsive brief, and Plaintiff shall have up to and including June 8, 2007, to file a reply brief.

DATED this 8th day of May, 2007.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER - [C06-5670RBL]

1  Presented by:

2  s/ RICHARD M. RODRIGUEZ
3  Special Assistant U.S. Attorney
   Office of the General Counsel
4  701 Fifth Avenue, Suite 2900 MS/901
5  Seattle, Washington 98105-7075
   Telephone:  (206) 615-3748
6  FAX:  (206) 615-2531
   Richard.Rodriguez@ssa.gov
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Page 2      ORDER - [C06-5670RBL]