# United States District Court

WESTERN DISTRICT OF WASHINGTON

LESLIE C. LOVE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5670RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX 0 **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report; and

the matter is therefore REMANDED to the administration for further consideration as directed in the report.

  August 21, 2007                                        BRUCE RIFKIN
Date                                                                    Clerk

                                                                                     *s/Caroline M. Gonzalez*
                                                                                      Deputy Clerk