# United States District Court

WESTERN DISTRICT OF WASHINGTON

LESLIE C. LOVE

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5670RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $5,881.82 and expenses in the sum of $25.98 pursuant to 28 U.S.C. §2412.

   November 28, 2007                                       BRUCE RIFKIN
Date                                                                Clerk

                                                                *s/Caroline M. Gonzalez*
                                                               Deputy Clerk