# United States District Court

## WESTERN DISTRICT OF WASHINGTON

LESLIE C. LOVE

v.

MICHAEL J. ASTRUE
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C065670RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $8,061.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fee of $5,881.82 that previously was awarded, leaving a net fee of $2,179.18. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $2,179.18 minus any applicable processing fees as allowed by statute.

| | |
|---|---|
| <u>   November 3, 2008   </u> | <u>   BRUCE RIFKIN   </u> |
| Date | Clerk |
| | |
| | <u>   *s/CM Gonzalez*   </u> |
| | Deputy Clerk |